# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

EDWARD ECKER

v.

NATIONAL RAILROAD PASSENGER
CORPORATION A/K/A AMTRAK

v.

CONTROLLED F.O.R.C.E., INC.

PETITION OF:  CONTROLLED
F.O.R.C.E., INC

:  No. 626 EAL 2015
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justices Donohue and Wecht did not participate in the consideration or decision of this matter.